# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE BERRY STRONG, | 1:09-cv-00583-GSA-PC |
| Plaintiff, | ORDER GRANTING REQUEST FOR SCREENING ORDER |
| v. | ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT |
| KENNETH ELLIOT, | |
| Defendant. | |

This is a civil action filed by plaintiff George Berry Strong ("plaintiff"), a state prisoner proceeding pro se. This action was initiated by civil complaint filed by plaintiff at the Kings County Superior Court on January 16, 2009 (Case #09C0022). On March 30, 2009, defendant Elliot ("defendant") removed the case to federal court by filing a Notice of Removal of Action pursuant to 28 U.S.C. § 1441(b). (Doc. 1.) In the Notice of Removal, counsel for defendant indicates that defendant received a copy of the complaint on February 26, 2009. Within the Notice of Removal, defendant filed a request for the court to screen plaintiff's complaint under 28 U.S.C. § 1915A and grant defendant an extension of time in which to file a responsive pleading.

The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). Plaintiff's complaint alleges that his rights to be free from cruel and unusual punishment under the Eighth Amendment were violated when defendant Elliot, a correctional counselor employed by the California Department of Corrections and Rehabilitation ("CDCR"), intimidated, harassed, and

1

1 abused him.  Plaintiff also alleges that his rights to be free from slavery were violated by defendant
2 Elliot when he failed to adequately classify plaintiff, falsified medical documents, and forced
3 plaintiff to perform work details that caused him bodily harm.  Because the CDCR is a California
4 state entity, defendant was employed at a state prison, and plaintiff was a prisoner when the alleged
5 events occurred, the court is required to screen the complaint.  Therefore, defendant's request for the
6 court to screen the complaint shall be granted.  In addition, good cause appearing, the request for an
7 extension of time shall also be granted.

      Based on the foregoing, IT IS HEREBY ORDERED that:

1. Defendant's request for the court to screen the complaint is GRANTED, and the court shall issue a screening order in due time;
2. Defendant is GRANTED an extension of time until thirty days from the date of service of the court's screening order in which to file a response to the complaint.

IT IS SO ORDERED.

**Dated:** **April 3, 2009**        /s/ **Gary S. Austin**
                                               UNITED STATES MAGISTRATE JUDGE