IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE BERRY STRONG, | 1:09-cv-00583-AWI-GSA-PC |
|     Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
|   vs. | (Doc. 7.) |
| KENNETH ELLIOT, | ORDER DENYING PLAINTIFF'S MOTION FOR REMAND |
|     Defendant. | (Doc. 4.) |

George Berry Strong ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On April 21, 2009, findings and recommendations were entered, recommending that plaintiff's motion to remand this action to the Kings County Superior Court be denied. (Doc. 7.) Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days, and plaintiff requested and was granted an additional thirty days to file objections. (Docs. 9, 10.)  The final thirty day period has expired, and plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire

1

file, the court finds the findings and recommendations to be supported by the record and proper analysis.

        Accordingly, THE COURT HEREBY ORDERS that:

        1. The Findings and Recommendations issued by the Magistrate Judge on April 21, 2009, are adopted in full; and

        2. Plaintiff's motion to remand this action to the Kings County Superior Court is DENIED.

IT IS SO ORDERED.

**Dated:   July 29, 2009**                               /s/ **Anthony W. Ishii**
                                                      CHIEF UNITED STATES DISTRICT JUDGE