IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE BERRY STRONG, | Case No. 1:09-cv-00583 AWI JLT (PC) |
| Plaintiff, | ORDER VACATING THE SERVICE ORDER AND REQUIRING DEFENDANT TO FILE A RESPONSIVE PLEADING |
| vs. | |
| KENNETH ELLIOTT, | (Doc. 16) |
| Defendant. | |

Plaintiff is proceeding pro se and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983. On December 29, 2010, the Court authorized service of Plaintiff's complaint. It appears, however, that Defendant has been served with the complaint and has already appeared in this action. (Doc. 1-1, Not. of Removal, at 64.)

Accordingly, it is HEREBY ORDERED that:

1. The Court's December 29, 2010, order authorizing service (Doc. 16) is vacated; and

2. Within twenty-one days of the date of this order, Defendant shall file a responsive pleading to the complaint.

IT IS SO ORDERED.

Dated:  **January 28, 2011**                              /s/ Jennifer L. Thurston
                                                                     UNITED STATES MAGISTRATE JUDGE